S:\Fee Applications (330)\CHAPTER 13\Mele.Notice.wpd

| | |
|---|---|
| GENOVA & MALIN<br>Attorneys for the Debtors<br>1136 Route 9<br>Wappingers Falls NY 12590<br>(845) 298-1600<br>Thomas Genova, Esq. (TG4706)<br>Andrea B. Malin, Esq. (AM4424) | DATE: APRIL 27, 2010<br>TIME: 10:00 A.M. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE:

WILLIAM J. MELE and
MICHELLE M. MELE,

                                  Debtors.

------------------------------------------------------X

**CHAPTER 13**
**CASE NO. 09-35593(CGM)**

### NOTICE OF HEARING UNDER 11 U.S.C. §§330 AND 503 TO CONSIDER APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION AND EXPENSES

**S I R S :**

      **PLEASE TAKE NOTICE**, that a hearing to consider application for allowances of compensation incurred during the period of March 16, 2009 through March 31, 2010 of those set forth below will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York, on the 27th day of April, 2010 at 10:00 o'clock in the forenoon of said day.

| **APPLICANT** | **NATURE OF REPRESENTATION** | **COMPENSATION REQUESTED** | **REIMBURSEMENT OF EXPENSES REQUESTED** |
|---|---|---|---|
| Genova & Malin<br>1136 Route 9<br>Wappingers Falls<br>NY, 12590 | Attorneys for the Debtor | $11,777.50 (of which $3,500.00 has been paid) | $497.33 (of which $274.00 has been paid) |

Dated:   Wappingers Falls, New York
            March 23, 2010

                                                          GENOVA & MALIN
                                                            Attorneys for Debtors

                                                             /s/ Andrea B. Malin
                                                             ANDREA B. MALIN (AM4424)
                                                             1136 Route 9
                                                             Wappingers Falls NY 12590
                                                             (845) 298-1600