UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

WILLIAM J. MELE and
MICHELLE M. MELE,

       Debtors.

**CHAPTER 13**
**CASE NO. 09-35593(CGM)**

---

STATE OF NEW YORK  )
           )ss.:
COUNTY OF DUTCHESS )

  I, Jamie L. Lakin , being sworn, say:

  I am not a party to this action, am over 21 years of age and reside in Ulster Park, New York.

  On March 29, 2010, I served a copy of NOTICE OF HEARING, APPLICATION, EXHIBITS and ORDER APPROVING FINAL ALLOWANCE OF COMPENSATION AND EXPENSES TO ATTORNEYS FOR THE DEBTOR by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service in New York State, addressed to each of the following persons at their last known address as set forth after each name:

         SEE ATTACHED SERVICE LIST

                /s/ Jamie L. Lakin
                JAMIE L. LAKIN

Sworn to before me this
29th day of March, 2010

/s/ Elke Terwilliger
ELKE TERWILLIGER
Notary Public, State of New York
Qualified in Ulster County
Commission Expires 5/31/2010