Label Matrix for local noticing
0208-4
Case 09-35593-cgm
Southern District of New York
Poughkeepsie
Mon Mar 15 15:21:22 EDT 2010

Nissan Motor Acceptance Corp.-
c/o Macco & Stern, LLP
135 Pinelawn Road
Suite 120 South
Melville, NY 11747-3153

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

Poughkeepsie Division
355 Main Street
Poughkeepsie, NY 12601-3315

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bragada
PO Box 609
Memphis, TN 38101-0609

Capital One
PO Box 70885
Charlotte, NC 28272-0885

Chase
PO Box 260161
Baton Rouge, LA 70826-0161

Chase Bank USA NA
PO BOX 15145
Wilmington DE 19850-5145

Chase Home Finance
P.O. Box 78420
Phoenix, AZ 85062-8420

Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219-6009

Cintas Corporation
138 Bracken Road
Montgomery, NY 12549-2600

Corbally Gartland & Rappleyea, LLP
35 Market Street
Poughkeepsie, NY 12601-3285

County of Orange, Commissioner of Finance
255 Main Street
Goshen, New York 10924-1619

Diamond Resorts
10600 West Charleston Boulevard
Las Vegas, Nevada 89135-1260

Direct Energy Business
Two Gateway Center
Pittsburgh, PA 15222-1458

F&E Air Conditioning & Refrigeration, Inc
29 Bloomingburg Road
Middletown, NY 10940-1406

FMCC
Drawer 55-593
P.O. Box 55000
Detroit, Michigan 48255-0001

Ford Motor Credit Company
c/o Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, New York 12203-1006

Frontier Communications
P.O. Box 23008
Rochester, NY 14692-3008

Hudson Valley Federal Credit Union
159 Barnegat Road
Poughkeepsie, NY 12601-5454

Infiniti Financial Services
PO Box 371491
Pittsburgh, PA 15250-7491

Jaguar Cars
Attn: Customer Relationship Center
555 MacArthur Boulevard
Mahwah, NJ 07430-2327

MARTIN A MOONEY
DEILY, MOONEY & GLASTETTER
ATTYS FOR FORD MOTOR CREDIT
8 THURLOW TERRACE
ALBANY, NY 12203-1006

MICHAEL F. KENNEDY, ESQ
LAWRENCE & WALSH, PC
215 HILTON AVE
PO BOX 1200
HEMPSTEAD, NY 11551-1200

Marangi Disposal
PO Box 495
Valley Cottage, NY 10989-0495

Matthew's Air Conditioning
Refrigeration & Heating, Inc.
PO Box 449
Westtown, NY 10998-0449

Matthew's Air Conditioning,
Refrigeration & Cooling, Inc.
PO Box 449
Westtown, NY 10998-0449

| | | |
|---|---|---|
| Murray S. Lubitz<br>245 Main Street<br>White Plains, NY 10601-2411 | N.A.S. Security Systems, Inc.<br>13 Bedford Avenue<br>Middletown, NY 10940-6401 | NMAC<br>P.O. Box 660360<br>Dallas, TX 75266-0360 |
| NYS DEPT OF TAXATION<br>TSRD-BUSINESS SALES<br>TAX PROTEST RESOLUTION<br>W A HARRIMAN STATE CAMPUS<br>ALBANY, NY 12227-0001 | Nissan Motor<br>POB 660366<br>Dallas, TX 75266-0366 | NuCO2<br>PO Box 9011<br>Stuart, FL 34995-9011 |
| Orange & Rockland<br>Pike County Light & Power Co.<br>PO Box 1005<br>Spring Valley, NY 10977-0800 | PRA Receivables Management, LLC as agent for<br>Advanta Bank Corp., a Utah Indust. Bank<br>PO Box 41067<br>Norfolk VA 23541-1067 | Penncro Associates, Inc.<br>PO Box 538<br>Oaks, PA 19456-0538 |
| Pepsi Cola of the Hudson Valley<br>One Pepsi Way<br>Newburgh, NY 12550-3921 | Playtogs CTR Acquisition, LLC<br>c/o Wharton Realty Group, Inc.<br>8 Industrial Way East 2nd Fl<br>Eatontown, NJ 07724-3317 | Portfolio Recovery Associates, LLC.<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba Sams Club<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Rochdale Insurance Company<br>PO Box 31480<br>Cleveland, OH 44131-0480 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Sam's Club<br>PO Box 530942<br>Atlanta, GA 30353-0942 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 | Town of Newburgh; Tax Collector<br>1469 Route 300<br>Newburgh, NY 12550 |
| United States Trustee<br>74 Chapel Street<br>Albany, NY 12207-2190 | Unity Bank<br>Corporate Office<br>64 Old Highway 22<br>Clinton, NJ 08809-1305 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 |
| Wells Fargo Financial, Inc.<br>PO Box 98784<br>Las Vegas, NV 89193-8784 | Willow Run Foods, Inc.<br>PO Box 1350<br>Binghamton, NY 13902-1350 | eCAST Settlement Corporation assignee of Cap<br>One Bank<br>POB 35480<br>Newark NJ 07193-0001 |
| eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 35480<br>Newark NJ 07193-0001 | Andrea B. Malin<br>Genova & Malin<br>1136 Route 9<br>Wappingers Falls, NY 12590-4905 | Andrea B. Malin<br>Genova & Malin, Attorneys<br>The Hampton Center<br>1136 Route 9<br>Wappingers Falls, NY 12590-4905 |
| Jeffrey L. Sapir-13<br>As Chapter 13 and 12 Trustee<br>399 Knollwood Road<br>Suite 102<br>White Plains, NY 10603-1936 | Michael F. Kennedy<br>Lawrence & Walsh, P.C.<br>215 Hilton Ave<br>P.O. Box 1200<br>Hempstead, NY 11551-1200 | Michele M. Mele<br>185 Fletcher Drive North<br>Newburgh, NY 12550-3882 |

William J Mele
185 Fletcher Drive North
Newburgh, NY 12550-3882

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CHASE HOME FINANCE LLC		(u)Clerk of Court, United States Bankruptcy C		(u)FORD MOTOR CREDIT COMPANY

(u)Jaguar Credit Corp.		(u)Unity Bank		(d)Chase Bank USA NA
						PO BOX 15145
						Wilmington, DE 19850-5145

(d)Nissan Motor Acceptance Corporation		(u)Quiznos Sub		End of Label Matrix
c/o Macco & Stern, LLP					Mailable recipients    60
135 Pinelawn Road					Bypassed recipients     8
Suite 120 South						Total                  68
Melville, NY 11747-3153